```
                                              FILED
                                          2006 OCT 10  PM 2:58
                                          CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN ROJAS, a minor by and through her guardian ad litem, YRINA ROJAS,<br><br>                                      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and Does 1 through 10, inclusive,<br><br>                                   Defendants. | CASE NO. 05CV0937 JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO WITHDRAW PLAINTIFF'S MOTION TO INCREASE THE AMOUNT OF THE CLAIM WITHOUT PREJUDICE |

The court hereby GRANTS the parties' joint motion to withdraw, without prejudice, plaintiff's pending Motion to Increase the Amount of the Claim, currently set for hearing on October 13, 2006. The motion shall be taken off calendar.

**IT IS SO ORDERED.**

DATED: __10/10__, 2006

                                              _____
                                              JEFFREY T. MILLER
                                              United States District Judge

cc:   All parties

05cv0937 order granting mot to wd mot to amend damages.wpd

**ORIGINAL**

```
 1  CAROL C. LAM
    United States Attorney
 2  THOMAS B. REEVE, JR.
    Assistant U.S. Attorney
 3  California State Bar No. 069310
    Office of the U.S. Attorney
 4  Room 6293, at 880 Front Street
    San Diego, California 92101-8893
 5  Fax: (619) 557-5004
    Telephone: (619) 557-7159
 6  Attorneys for Defendant

 7
    BRUCE G. FAGEL
 8  Attorney at Law
    Law Offices of Bruce G. Fagel & Associates
 9  California State Bar No. 103674
    Suite 360, at 100 North Crescent Drive
10  Beverly Hills, California 90210
    Fax: (310) 281-5656
11  Telephone: (310) 281-8700
    Attorney for Plaintiff
12
```

FILED
2006 SEP 22 PM 2:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN ROJAS, a minor by and through her guardian ad litem, YRINA ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil No. 05cv0937-JM (LSP)<br><br>**JOINT MOTION TO WITHDRAW PLAINTIFF'S MOTION TO INCREASE THE AMOUNT OF THE CLAIM (WITHOUT PREJUDICE)**<br><br>Date: October 13, 2006<br>Time: 11:00 a.m.<br>Ctrm: 6<br>Honorable Jeffrey T. Miller |

The parties jointly move to withdraw, without prejudice, Plaintiff's pending *Motion to Increase the Amount of the Claim*, which is currently set for oral argument on October 13, 2006. The Defendant, the United States of America, specifically agrees it will not assert as a defense to the motion the passage of time from the undersigned date until (if) the motion is re-filed.

05cv0937-JM (LSP)



Case 3:05-cv-00937-JM-LSP   Document 30   Filed 10/10/06   PageID.168   Page 3 of 4
SEP-22-2006 10:17 FROM:BRUCE FAGEL AND ASSO 13102815656   TO:3728#16195575004#   P.3
Case 3:05-cv-00937-JM-LSP   Document 28   Filed 09/22/2006   Page 2 of 3

The parties request the Court so order.

Respectfully submitted.

CAROL C. LAM
United States Attorney

September 22, 2006

THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Attorney for Defendant

Law Offices of Bruce G. Fagel & Associates

September __, 2006

BRUCE G. FAGEL
Attorney for Plaintiff

2

05cv0937-JM (LSP)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN ROJAS, a minor by and through her guardian ad litem, YRINE ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 05cv0937-JM (LSP)<br><br>**CERTIFICATE OF SERVICE VIA FIRST CLASS MAIL** |

IT IS HEREBY CERTIFIED THAT:

I, Marilyn King, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On **September 22, 2006**, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**JOINT MOTION TO WITHDRAW PLAINTIFF'S MOTION TO INCREASE THE AMOUNT OF THE CLAIM (WITHOUT PREJUDICE)**

addressed to:

**Bronislav Draganov, Esq.**　　　　　　　　**Attorneys for Plaintiff**
**Law Offices of Bruce G. Fagel &**　　　　**CATHRYN ROJAS**
**Associates**
**100 North Crescent Drive, Suite 360**
**Beverly Hills, CA 90210**

the last known address at which place there is delivery of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 22, 2006**.

*/s/ Marilyn King*
MARILYN KING