FILED
2007 AUG 28 AM 9: 56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____CP_____DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  THOMAS B. REEVE, JR.
   Assistant U.S. Attorney
3  California State Bar No. 069310
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7159
   Fax: (619) 557-5004
6  Email: Tom.Reeve@usdoj.gov
   Attorneys for Defendant
7  The United States of America

8  BRUCE G. FAGEL
   California State Bar No. 103674
9  BRONISLAV M. DRAGANOV
   California State Bar No. 119695
10 Law Offices of Bruce G. Fagel and Associates
   Suite 360, at 100 North Crescent Drive
11 Beverly Hills, California 90212
   Telephone: (310) 281-8700
12 Fax: (310) 281-5656
   Email: BGFagel@aol.com
13 Attorneys for the Plaintiff

14                UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., a minor by and through her guardian ad litem, YRINA ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil No. 05cv0937-JM(LSP)<br><br>**JOINT MOTION TO DISMISS**<br>**(Fed. R. Civ. P. 41)** |

Come now the Parties, through counsel and jointly move this Court to dismiss this matter. The parties have separately reached a settlement, exchanged releases, and the settlement payment has been received by the Plaintiff.

1 | The Parties, therefore, ask the Court to dismiss this matter.

2 | Respectfully submitted,

3 | August 16, 2007     KAREN P. HEWITT
United States Attorney

*/s/ Thomas B. Reeve, Jr.*
THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Tom.Reeve@usdoj.gov
Attorneys for the Defendant

August 16, 2007     BRUCE G. FAGEL
Law Offices of Bruce G. Fagel
and Associates

/s/ **Bruce G. Fagel**

BRUCE G. FAGEL
Attorneys for the Plaintiff
BGFagel@aol.com

IT IS SO ORDERED
DATED 8/24/07

[signature]
UNITED STATES DISTRICT JUDGE